KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/17/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DESTON EVANS, ) <br> aka hammer, aka 778889, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 05-00734-RMW <br><br> STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |

It is hereby stipulated and agreed between defendant Deston Evans, by and through his counsel of record, Jamie Harmon, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on August 7, 2006 at 9:00 a.m.

2. More time is needed to complete the presentence report.

3. The parties do not oppose this request for further time to prepare the Presentence Report.

For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from August 7, 2006 at 9:00 a.m. to October 23, 2006 at 9:00 a.m., or the next available date.

// // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 05-00734-RMW

1     IT IS SO STIPULATED.

2 Dated: August __, 2006                          KEVIN V. RYAN
                                            United States Attorney

                                            _____
                                            MARK L. KROTOSKI
                                            Assistant United States Attorney

Dated: August __, 2006

                                            _____
                                            JAMIE L. HARMON
                                            Attorney for Defendant

    IT IS SO ORDERED.

    Upon good cause shown, the sentencing hearing is continued from August 7, 2006 at 9:00 a.m. to October 23, 2006 at 9:00 a.m.

Dated: August 17, 2006

                                          /S/ RONALD M. WHYTE
                                          _____
                                          RONALD M. WHYTE
                                          United States District Judge

Distribute To:

Jamie Harmon, Esq.
Harmon & Associates
300 S 1st St #220
San Jose, CA 95113
FAX (408) 286-6232

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Ben Flores
U.S. Probation Officer
280 South First Street
San Jose, CA 95113