KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/18/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>       )<br>    Plaintiff,    )<br>       )<br>    v.     )<br>       )<br>DESTON EVANS,    )<br>   aka hammer, aka 778889,  )<br>       )<br>    Defendant.   )<br>_____) | No. CR 05-00734-RMW<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |

It is hereby stipulated and agreed between defendant Deston Evans, by and through his counsel of record, Jamie Harmon, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on October 23, 2006 at 9:00 a.m.

2. More time is needed to complete the presentence report.

3. The parties do not oppose this request for further time to prepare the Presentence Report.

For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from October 23, 2006 at 9:00 a.m. to December 11, 2006 at 9:00 a.m., or the next available date.

// // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00734-RMW

1  IT IS SO STIPULATED.

2  Dated: October 6, 2006                              KEVIN V. RYAN
                                                       United States Attorney

4                                                       /s/
                                                       _____
5                                                      MARK L. KROTOSKI
                                                       Assistant United States Attorney

6  Dated: October 6, 2006
7                                                       /s/
                                                       _____
8                                                      JAMIE L. HARMON
                                                       Attorney for Defendant

9  IT IS SO ORDERED.

10  Upon good cause shown, the sentencing hearing is continued from October 23, 2006 at 9:00 a.m. to December 11, 2006 at 9:00 a.m.

12  Dated: October 18, 2006

                                                        /s/ Ronald M. Whyte
                                                       _____
14                                                     RONALD M. WHYTE
                                                       United States District Judge

Distribute To:

Jamie Harmon, Esq.
Harmon & Associates
300 S 1st St #220
San Jose, CA 95113
FAX (408) 286-6232

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Ben Flores
U.S. Probation Officer
280 South First Street
San Jose, CA 95113